**SERVICELINK**    **Broker Price Opinion Exterior**

## Client Information

| | |
|---|---|
| Client: Allied Servicing Corp | Portfolio / Project Name: |
| Order Number: REDACTED | Alternate Loan Number: |
| Loan Number: | Inspection Date: 5/12/2021 |
| Owner / Borrower: Ladislau Lara | Inspection Type: Exterior |
| Subject Address: 412 E Clarendon Dr | Contact: Ladislau Lara |
| Round Lake Beach, IL  60073 | Contact Phone: |
| Subject APN: 06-16-401-005 | Company Name: Julie Rockingham |
| Preparer's Name: Julie Rockingham | Broker's Name: JULIE ROCKINGHAM |
| Preparer's License Number: | Broker's License Number: 475.126738 |
| Preparer's Contact Number: | |
| Preparer's Distance From the Subject (Driving): 5 | |

## Subject Tax and Sale Information

| | |
|---|---|
| Estimated Tax Assessed Value Date: 6/10/2020 | Last Known Sale Date: 11/29/2004 |
| Tax Assessed Value: $73,165.00 | Last Known Sale Price: $165,000.00 |

## Neighborhood Information

| | |
|---|---|
| Predominant Occupancy: Owner | Average Market Time of Sales: 120 |
| No. of Homes in Direct Competition: 12 | Price Range (Low to High): $165,000.00 to $235,000.00 |
| Density: Suburban | Predominant Value: $200,000.00 |
| Zoning: Residential | Property Values Trend: Increasing / 6.00% annually |
| Property Maintenance: Average | Market Rent: 1,895 |
| | Market Rent Trend: Improving / 6.00% annually |

Market / Neighborhood Comments: Subject is located in a single family neighborhood and conforms to neighborhood which displays general similarity in design, appeal, and utility with variations in size.

## Subject Property

| | |
|---|---|
| Listed in Last 12 Months: No | Currently Listed: No |
| Vacant: No | List Price: $0.00 |
| Secured: Yes | Listing Agent Name: |
| Conform to Neighborhood: Yes | Listing Agent Phone: |
| Estimated Land Price: $9,600.00 | Days on Market: 0 |
| Mobile Home Permanently Attached and Taxed as Real Estate: No | |

Problem for Resale: No

Environmental Problem: No

Subject Data Source(s):  ☒ Tax Records   ☐ SiteXdata   ☐ MLS #   ☐ RealQuest   ☐ REDLINK   ☐ Estimated   ☐ Other

Explanation of Estimated or Other Sources:

Positive Subject Comments: Based on the exterior observation, subject appears to be in average condition.

Negative Subject Comments: No negative attributes.

**ServiceLink** — **Broker Price Opinion Exterior**

Order #: REDACTED    Loan #: REDACTED    Client: Allied Servicing Corp

## Comparative Sale Information

| | SUBJECT ADDRESS | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 |
|---|---|---|---|---|
| Street Address: | 412 E Clarendon Dr | 1613 Melrose Ave | 1325 Elm Ave | 20 W Clarendon Dr |
| City, State, Zip: | Round Lake Beach, IL 60073 | Round Lake Beach, IL 60073 | Round Lake Beach, IL 60073 | Round Lake Beach, IL 60073 |
| Property Type: | Single Family | Single Family | Single Family | Single Family |
| Property Style: | 1 Story | 2 Story | 2 Story | 1 Story |
| Number of Units: | 1 | 1 | 1 | 1 |
| Proximity to Subject: | | 0.58 Miles | 0.46 Miles | 0.70 Miles |
| Sale Date: | 11/29/2004 | 12/16/2020 | 11/18/2020 | 11/16/2020 |
| Sold Price: | $165,000.00 | $185,000.00 | $199,000.00 | $209,000.00 |
| Days on Market: | | 65 | 47 | 48 |
| Location: | Average | Average | Average | Average |
| Lot Size: | 0.06 Acres | 0.11 Acres | 0.11 Acres | 0.23 Acres |
| Lot Size is: | Typical | Typical | Typical | Typical |
| Age in Years: | 45 | 44 | 71 | 29 |
| Condition: | Average | Average | Average | Average |
| Total Rooms: | 5 | 8 | 7 | 9 |
| Bedrooms: | 3 | 3 | 3 | 5 |
| Bathrooms: | 1 Full 0 Half | 2 Full 0 Half | 2 Full 0 Half | 3 Full 0 Half |
| Above Grade Sq. Footage: | 1448 | 1448 | 1600 | 1344 |
| Total Below Grade Sq.Ft.: | 700 | 700 | 1000 | 875 |
| Garage: | 0.00 car / NA | 2.00 car / Detached | 2.00 car / Detached | 2.00 car / Attached |
| Carport: | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA |
| Comparison to Subject: | | Equal | Superior | Inferior |
| Comparable Data Source: | | MLS | MLS | MLS |
| MLS Listing Number: | | 10902968 | 10890138 | 10885852 |

Explanation of Estimated or Other responses above:

Comments on Comparable 1: WELCOME HOME to a clean , move-in ready , ell maintained home that has an updated kitchen with SS appliances , a freshly painted living room, stairway , upstairs hallway and back deck, along with a newly tiled floor in the family room and a BONUS room for crafts , hobbies, eLearning or he/she caves.
Adj : Year built -$30 Lot size -$100 Full bath -$1500 Garage -$4000 Total Adj -$5630 NET Adj $179370

Comments on Comparable 2: Completely remodeled , this 2 story House offer 3 bedrooms ,  2 full bathrooms with huge loft for Recreation or Family Room!! AC Unit with new Ducts system, New Roof , New Siding and new Windows. Stainless Steel Appliances. Very low taxes!!!
Adj : GLA -$2280 Year built $780 Lot size -$100 Full bath -$1500 Garage -$4000 Total Adj -$7100 NET Adj $191900

Comments on Comparable 3: Come see this well maintained 5 Bedroom, 3 full baths with 2 car garage on a double lot. Nice size rooms. Finished basement! Many upgrades have been made over the years. Concrete driveway.
Adj : GLA $1560 Year built -$480 Lot size -$340 Bed -$6000 Full bath -$3000 Garage -$4000 Total Adj -$12260 NET Adj $196740

**ServiceLink** — **Broker Price Opinion Exterior**

Order #: REDACTED | Loan #: REDACTED | Client: Allied Servicing Corp

## Comparative Listing Information

| | SUBJECT ADDRESS | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 |
|---|---|---|---|---|
| Street Address: | 412 E Clarendon Dr | 1507 Cherokee Dr | 1890 Carl Dr | 1890 Carl Dr |
| City, State, Zip: | Round Lake Beach, IL 60073 | Round Lake Beach, IL 60073 | Round Lake Beach, IL 60073 | Round Lake Beach, IL 60073 |
| Property Type: | Single Family | Single Family | Single Family | Single Family |
| Property Style: | 1 Story | 1.5 Story | 1 Story | 2 Story |
| Number of Units: | 1 | 1 | 1 | 1 |
| Proximity to Subject: | | 2.11 Miles | 1.18 Miles | 1.18 Miles |
| Listing Date: | | 4/18/2021 | 2/28/2021 | 4/12/2021 |
| Days on Market: | | 24 | 73 | 30 |
| Listing Price: | | $205,000.00 | $185,000.00 | $215,000.00 |
| Location: | Average | Average | Average | Average |
| Lot Size: | 0.06 Acres | 0.10 Acres | 0.16 Acres | 0.19 Acres |
| Lot Size is: | Typical | Typical | Typical | Typical |
| Age in Years: | 45 | 25 | 32 | 33 |
| Condition: | Average | Average | Average | Average |
| Total Rooms: | 5 | 7 | 6 | 8 |
| Bedrooms: | 3 | 3 | 3 | 3 |
| Bathrooms: | 1 Full 0 Half | 1 Full 1 Half | 2 Full 0 Half | 1 Full 1 Half |
| Above Grade Sq.Footage: | 1448 | 1350 | 1574 | 1500 |
| Total Below Grade Sq.Ft.: | 700 | 625 | 0 | 0 |
| Garage: | 0.00 car / NA | 2.00 car / Attached | 2.00 car / Attached | 2.00 car / Attached |
| Carport: | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA |
| Comparison to Subject: | | Inferior | Superior | Equal |
| Comparable Data Source: | | MLS | MLS | MLS |
| MLS Listing Number: | | 11058030 | 11006093 | 11050794 |

Explanation of Estimated or Other responses above:

Comments on Comparable 1: Step into the spacious living room with large picture window, bright tile flooring, and vaulted ceilings and into the eat-in kitchen. The kitchen has stainless steel appliances, modern flooring, and tons of cabinet space.
Adj : GLA $1470 Year built -$600 Lot size -$80 Half bath -$1000 Garage -$4000 Total Adj -$4210 NET Adj $200790

Comments on Comparable 2: This 3 bedroom, 2 bath home has a 2-1/2 Car garage for your vehicles and storage. Spend the summer relaxing on your 14 x 12 Deck surrounded by mature trees. There is a wood burning fireplace for the cool nights, located in the living room.
Adj : GLA -$1890 Year built -$390 Lot size -$200 Full bath -$1500 Garage -$4000 Basement $500 Total Adj -$7480 NET Adj $177520

Comments on Comparable 3: Beautiful 2-story home backing up to wooded area. Wood laminate floors on the main level. 6 panel white doors & trim throughout. Bright living/dining room combo. Updated eat-in kitchen with SS appliances & glass tiled backsplash.
Adj : GLA -$780 Year built -$360 Lot size -$260 Hal bath -$1000 Garage -$4000 Basement $500 Total Adj -$5900 NET Adj $209100

## Addendum
*Any Additional comments regarding market area, conditions, area growth or decline, crime activity, hazards, repairs and the like.*

The economy is increasing, employment conditions are stable. The subject is located in a suburban neighborhood with increasing property values and decreasing balanced supply Vs demand of homes.



**Broker Price Opinion Exterior**

| | | | |
|---|---|---|---|
| Order #: REDACTED | Loan #: REDACTED | Client: | Allied Servicing Corp |

## Estimates of Price

| | |
|---|---|
| Discuss how you arrived at these prices: | Subject is a single family home located in a suburban area on a lot of 0.06 acres that conforms well with the other homes in that area. Due to lack of comps in the subject's immediate neighborhood, it was necessary to expand miles up to 3 and used comparable which exceed style, bed bath count, GLA and lot size guidelines. They are considered to be the best available at the time of the inspection and good indicators of market value. Sold comp 1 and list comp 3 are most similar in GLA to the subject and was priced in line with those comps. |

| | | | |
|---|---|---|---|
| As Is Price Opinion: | $190,000.00 | As Repaired Price Opinion: | $190,000.00 |
| As Is Quick Sale: | $187,000.00 | As Repaired Quick Sale: | $187,000.00 |
| As Is Suggested List: | $193,000.00 | As Repaired Suggested List: | $193,000.00 |
| | | Estimated Cost to Repair: | $0.00 |

Average Market Time of Sale (listing date to contract date): 120

ServiceLink's Broker Price Opinion offers an opinion derived from analysis based on inspection of the subject property and analysis of the local market data as performed by a licensed real estate professional. Information in the report may be gathered from multiple sources, including but not limited to multiple listing services (MLS), public records, public records data services, city/county office websites, proprietary files, mapping services, or may be provided by the client. In some cases information on the subject property may be limited or unavailable, and, in some instances, may be derived from an exterior inspection of the property. The information provided assumes, unless otherwise stated in the report, the subject property is in average condition, contains no environmental, structural, or title related defects, the real property interests are fee simple, and the information relied upon is accurate. The report is based upon data that is deemed generally acceptable for products of this type. The analysis of an interest in real property for ownership or collateral purposes is prepared for the above named client only. The intended use is to assist the designated client in making an independent, internal decision regarding the subject property. The use of this report by anyone other than the client for any purpose is not permitted or authorized by ServiceLink Valuation Solutions, LLC, including its subsidiaries and affiliates ("ServiceLink"). Any other use of the report by any other party is prohibited. This document is not an appraisal. The product is provided "AS IS", and no guarantee or warranty is provided. ServiceLink will not be liable for any loss, damage or injury arising out of, or in conjunction with, the client's utilization of the information contained in this report. If this report is intended to be used for loan origination purposes, the loan transaction value must be $250,000.00, or less, as required by Title XI of FIRREA.

**Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

## Property Map

If MapPoint was unable to locate the property(s), distances from comparable property(s) were estimated.

**Broker Price Opinion Exterior**

Order #: REDACTED  Loan #: REDACTED  Client: Allied Servicing Corp

**Photos**

| | |
|---|---|
|  | Subject (Front View) |
|  | Side Right |
|  | Subject (Rear View) |

**ServiceLink**

**Broker Price Opinion Exterior**

Order #: REDACTED  Loan #: REDACTED  Client: Allied Servicing Corp

| Photos | |
|---|---|
|  | Address Verification |
|  | Street View (Right) |
|  | Street View |

**SERVICELINK**

**Broker Price Opinion Exterior**

Order #: REDACTED  Loan #: REDACTED  Client: Allied Servicing Corp

**Photos**

| | |
|---|---|
|  | Street Sign |
|  | Sales Comp 1 |
|  | Sales Comp 2 |

**SERVICELINK**    **Broker Price Opinion Exterior**

| Order #: REDACTED | Loan #: REDACTED | Client: Allied Servicing Corp |

## Photos



Sales Comp 3



Listed Comp 1



Listed Comp 2

| Order # REDACTED | Loan #: REDACTED | Client: Allied Servicing Corp | **Broker Price Opinion Exterior** |

## Photos



Listed Comp 3

*Julie Rockingham*

Signature

**SERVICELINK**

**Broker Price Opinion Exterior**

| Order #: REDACTED | Loan # REDACTED | Client: Allied Servicing Corp |

## State Specific Language

"This is a broker price opinion/comparative market analysis, not an appraisal of the market value of the real estate, and was prepared by a licensed real estate broker or managing broker, not by a State certified real estate appraiser."

© ServiceLink 2014, All Rights Reserved.

# 412 E CLARENDON DR
# ROUND LAKE BEACH IL 60073

Residential-Vacant Land　　　　　　　　Owned 16.5 years
LARA LADISLAO

## KEY STATS

| Occupancy Status | Corporate Ownership | Absentee Owner |
|---|---|---|
| Occupied | No | No |

**Mailing Address**
412 E CLARENDON DR
ROUND LAKE BEACH IL 60073

| County | Subdivision | Legal Description |
|---|---|---|
| Lake County | ROUND LAKE | ROUND LAKE BEACH RIDGEWOOD ADD UNIT NO 1 E12 LOT 5 BLOCK 312 |

## FLOOD ZONE

| FEMA Map Date | FEMA Map Number | Flood Zone Code | Flood Risk |
|---|---|---|---|
| 09/18/2013 | 17097C0039K | X | Low/Medium Risk |

## LOT

| Lot Acres | Lot SqFt | Land Use | Lat, Long |
|---|---|---|---|
| 0.062 | 2692 | Residential-Vacant Land | 42.38, -88.07 |

| Block | Lot Number | Legal Unit | -- |
|---|---|---|---|
| 312 | 5 | 1 | |

## HOA

| Name | Type |
|---|---|
| Green River Capital Management | Home Owner Association |





## APNs
06-16-401-005　　　　0616401005

## HOME VALUE

| Loan Balance | Net Equity | Percent Equity |
|---|---|---|
| $86,531 est. | -- | -- |

## ACTIVE MORTGAGES

| Original Amount | Date | Rate | Est. Payment |
|---|---|---|---|
| $132,000 | 11/05/04 | 5.64% | $761.12 |

| Lender | Term | Type | Type Details |
|---|---|---|---|
| DECISION ONE MORTGAGE COMPANY LLC | 30 yrs | Other | New Construction Residential transactions |

## PROPERTY HISTORY

| Date | Document | Event |
|---|---|---|
| 11/29/04 | Warranty Deed | Sold $165,000 |

| Seller | Buyer |
|---|---|
| FIORE MARGUERITE J | LARA LADISLAO LARA ELVIRA |

| Date | Document | Event |
|---|---|---|
| 08/05/04 | Intrafamily Transfer & Dissolution | -- |

| Seller | Buyer |
|---|---|
| FIORE ALFRED L | FIORE MARGUERITE J |

## TAXES

| Tax Year | Assessed Total | Assessed Improvement | Tax |
|---|---|---|---|
| 2020 | $4,381 | -- | $579.6 |
| 2019 | $4,203 | -- | $579.6 |
| 2018 | $3,393 | -- | $478.38 |

Printed 05/11/2021



Information is believed to be accurate, but should not be relied upon without verification.

| State | Statement |
|---|---|
| Arkansas | **Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.** **Pursuant to Ark. Code. Ann. § 17-42-110(d), a broker price opinion or market analysis issued by a real estate licensee shall not contain the terms "market value", "appraised value", or "appraisal". Any reference in the report to a specific marketing time period is for illustrative purposes only and does not obligate the licensee or broker to sell the property within the stated timeframe or act as a representation or guarantee that the property will be sold within such timeframe. Unless otherwise indicated, the broker price opinion assumes without investigation a fee simple title ownership interest without any reservation of minerals, subsurface rights, or otherwise. This broker price opinion report is to be used solely for purposes allowed by state and federal law. If the report is to be used for any purpose not specifically allowed by state and federal law, legal counsel should be consulted.** |
| Colorado | This evaluation was prepared by a licensed real estate broker and is not an appraisal. This evaluation cannot be used for the purposes of obtaining financing. |
| Delaware | **Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.** |
| Hawaii | This opinion as to the estimated price of real estate is not an appraisal. |
| Idaho | Unless the broker is licensed under the Idaho Real Estate Appraisers Act, Chapter 41, Title 54, Idaho Code, this report is not intended to meet the Uniform Standards of Professional Appraisal Practice.  The broker's price opinion is not intended to be an appraisal of the market value of the property, and if an appraisal is desired, the services of a licensed or certified appraiser should be obtained. |
| Illinois | This is a broker price opinion/comparative market analysis, not an appraisal of the market value of the real estate, and was prepared by a licensed real estate broker or managing broker who was not acting as a State certified real estate appraiser. |
| Maine | **This opinion or appraisal was prepared solely for the client, for the purpose and function stated in this report and is not intended for subsequent use.  It was not prepared by a licensed or certified appraiser and may not comply with appraisal standards of the uniform standards of professional appraisal practice.** |
| Michigan | **This is a market analysis, not an appraisal and was prepared by a licensed real estate broker or associate broker, not a licensed appraiser.** |
| Minnesota | This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal.  If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. |

| | |
|---|---|
| Mississippi | This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of real property for a mortgage loan origination, including first and second mortgages, refinances or equity lines of credit. |
| Missouri | This is not an appraisal. |
| Nebraska | **This opinion or analysis is not an appraisal. It is intended only for the benefit of the addressee for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering or sale price of the real property or for lending purposes in a transaction other than a federally related transaction, or for real property tax appeal purposes. This opinion or analysis is not governed by the Real Property Appraiser Act.** |
| Nevada | **Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.** |
| New Jersey | **This is not an appraisal and should not be considered the equivalent of an appraisal.** |
| North Carolina | This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of or interest in real property for a mortgage loan origination, including first and second mortgages, refinances, or equity lines of credit. |
| Ohio | The valuation used for the purposes of the application was obtained from a market analysis or price opinion or automated valuation model report and not from a person licensed or certified under Ohio Revised Code §4763.19. |
| Oregon | This report is not intended to meet the requirements set out in the Uniform Standards of Appraisal Practice. This report is not intended as an appraisal and if an appraisal is desired, the services of a competent professional licensed appraiser should be obtained. |
| Pennsylvania | This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. |
| Rhode Island | This opinion or analysis is not a certified appraisal or an appraisal that conforms to the Uniform Standards of Professional Appraisal Practice (USPAP). It is intended only for the benefit of the addressee for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing offering, or sale price of the real property and not for any other purpose, including but not limited to, lending purpose excepting that specifically provided under R.I. Gen. Laws § 5-20.7-3. |
| South Carolina | This market analysis may not be used for the purposes of obtaining financing in a federally-related transaction. |
| Tennessee | This is not an appraisal. |
| Texas | This represents an estimated sale price for this property. It is not the same as the opinion of value in an appraisal developed by a licensed appraiser under the Uniform Standards of Professional Appraisal Practice. |
| Virginia | This is not an appraisal performed in accordance with the Uniform Standards of Professional Appraisal Practice. Nor is this an appraisal as defined in Section 54.1-2009 of the Code of Virginia. |
| Washington | This is not an appraisal as defined in chapter 181.140 RCW and has been prepared by a real estate licensee, licensed under chapter 18.85 RCW. It has not been prepared by a state-certified or state-licensed real estate appraiser acting under their capacity as a licensee under chapter 18.140 RCW. |

Wyoming

This is an opinion of price and is not a certified appraisal of the market value of the property. If such an appraisal is desired, the services of a certified appraiser must be obtained